Frances HENNING and Linda
Henning, Respondents,

v.

Bela CSAKI, M.D. and Medical
Imaging, Inc., Appellants.

No. WD 41655.

Missouri Court of Appeals,
Western District.

Dec. 5, 1989.

D. Bruce Keplinger, Overland Park,
Kan., for Bela Csaki, M.D.

Edward H. Sheppard, Kansas City, for
Medical Imaging, Inc.

Phillip S. Smith and Thomas Stein, Kansas City, for respondents.

Before BERREY, P.J., and
TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from the grant of a new trial in a
medical malpractice case.

Judgment affirmed. Rule 84.16(b).